UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE ANNUITY, WELFARE and APPRENTICESHIP SKILL
IMPROVEMENT & SAFETY FUNDS of the INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 15, 15A, 15C
and 15D, AFL-CIO by its Trustees JAMES T. CALLAHAN,
ROBERT SHAW, RUSSELL SHAW and CHRISTOPHER
WARD, and JOHN and JANE DOE, as Beneficiaries of the      RULE 7.1
ANNUITY, WELFARE and APPRENTICESHIP SKILL                 STATEMENT
IMPROVEMENT & SAFETY FUNDS of the INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 15, 15A, 15C          08-CIV-
and 15D, AFL-CIO,



                                    Plaintiffs,           08 CIV. 5352

         -against-

HI-TECH BREAKING INC.,                                    JUDGE STEIN

                                    Defendant.
------------------------------------------------------------X

    Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the ANNUITY, WELFARE and APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS of the INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 15, 15A, 15C & 15D, AFL-CIO (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

NONE

Dated: June 2, 2008

                                              James M. Steinberg (JS-3515)