# United States District Court

SOUTHERN DISTRICT OF NEW YORK

The Annuity, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers Local 15, 15A, 15C & 15D, AFL-CIO et al.

V.

Hi-Tech Breaking Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**08 CIV. 5352**

**JUDGE STEIN**

TO: (Name and address of defendant)

Hi-Tech Breaking Inc.
528 Bryant Avenue
Bronx, New York 10474

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRADY McGUIRE & STEINBERG, P.C.
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon

CLERK

(BY) DEPUTY CLERK

JUN 1 1 2008

DATE

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.5352          AND FILED ON          6/11/2008

THE ANNUITY, PENSION, WELFARE AND APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL — Plaintiff(s)/Petitioner(s)

Vs.

HI-TECH BREAKING INC. — Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __6/25/2008__ at __2:50PM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT

Party Served: HI-TECH BREAKING INC.          (herein called recipient) therein named.

At Location: 528 BRYANT AVENUE
BRONX NY 10474

By delivering to and leaving with __LULI LLAKU__ and that deponent knew the person so served to be the MANAGING AGENT of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: M    Color of Skin: WH    Color of Hair: GRAY
Age: 58   Height: 5'10"
Weight: 195   Other Features:

Sworn to before me on 6/26/2008

_Gail Williams_ (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

_Joseph Vallone_ (signature)
Joseph Vallone
Server's License#: 1100190